MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

WHITFIELD v. GOODSON. Duplin County. *Stevens,* for plaintiff; *Rountree & Carr,* for defendant. Defendant's appeal dismissed for failure to prosecute.

COOPER v. LUMBER Co. New Hanover County. *Russell & Gore,* for plaintiff; *E. K. Bryan,* for defendant. *Per Curiam.* Affirmed.

STATE v. McLEAN. Wake County. *Attorney-General,* for State; *H. E. Norris,* for defendant. *Per Curiam.* No error.

STATE v. SOUTHERLAND. Wake County. *Attorney-General,* for State. *Per Curiam.* No error on authority of *State v. Pigford,* 117 N. C., 748.

LAMB v. YOUNG. Harnett County. *Busbee & Busbee,* for plaintiff; *J. C. Clifford,* for defendant. Defendant's appeal dismissed for failure to print record.

HOSIERY Co. v. RAILROAD. Wake County. *Battle & Mordecai,* for plaintiff; *Day & Bell,* for defendant. *Per Curiam.* Affirmed.

ROBERTSON v. THOMAS. Wake County. *Douglass & Simms,* for plaintiff. Motion to docket and dismiss defendant's appeal under Rule 17 allowed.

STATE v. SMITH. Richmond County. *Attorney-General,* for State; *H. H. McLendon,* for defendant. *Per Curiam.* No error.

GRIFFIN v. S. A. L. Ry. Co. Anson County. *Robinson & Caudle,* for plaintiff; *J. D. Shaw,* for defendant. *Per Curiam. Montgomery, J.,* dissenting.

McNEILL v. RAILROAD Co. Moore County. *W. J. Adams,* for plaintiff; *Guthrie & Guthrie,* for defendant. *Per Curiam.* Defendant's petition to rehear dismissed on authority of *Weisel v. Cobb,* 122 N. C., 67—no new principle being presented.